IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RASSAN M. TARABEIN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 21-0457-JB-MU ) |
| UNITED STATED OF AMERICA, | ) ) |
| Defendant. | ) |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint (Doc. 2) be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 27th day of July, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE